1  DOUGLAS PHUNG, LLP
   ANGIE V. PHUNG (SBN 238939)
2  65 Pine Avenue, #311
3  Long Beach, CA  90802
   Telephone:  (562) 252-8800
4  Facsimile:  (562) 252-8801
   aphung@dplawllp.com
5
   Attorneys for Plaintiff
6  ARMANDO ESPARZA

7

8  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
   schnackr@jacksonlewis.com
9  DOUGLAS M. EGBERT (SBN 265062)
   egbertd@jacksonlewis.com
10 801 K Street, Suite 2300
   Sacramento, California  95814
11 Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
12

13 Attorneys for Defendant
   LESLIE'S POOLMART, INC.
14

15             IN THE UNITED STATES DISTRICT COURT

16             FOR THE EASTERN DISTRICT OF CALIFORNIA

17                      SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO ESPARZA, an individual, | Case No. 2:11-CV-00222-WBS-GGH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** |
| LESLIE'S POOLMART, INC., a Delaware corporation doing business in California; DOES 1-10, business entity(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | Complaint Filed:  November 10, 2010<br>Trial Date:  Not Yet Set |
| Defendants. | |

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff ARMANDO ESPARZA and Defendant LESLIE'S POOLMART, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO STIPULATED.**

Dated: May 10, 2012                    DOUGLAS PHUNG, LLP


By: /s/ *Angie Phung*
        Angie Phung

Attorneys for Plaintiff
ARMANDO ESPARZA


Dated: May 10, 2012                    JACKSON LEWIS LLP


By:/s/ *Robert J. Schnack*
        Robert J. Schnack
        Douglas M. Egbert

Attorneys for Defendant
LESLIE'S POOLMART, INC.


**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: May 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE