DOUGLAS PHUNG, LLP
ANGIE V. PHUNG (SBN 238939)
65 Pine Avenue, #311
Long Beach, CA  90802
Telephone:  (562) 252-8800
Facsimile:  (562) 252-8801
aphung@dplawllp.com

Attorneys for Plaintiff
ARMANDO ESPARZA


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
schnackr@jacksonlewis.com
DOUGLAS M. EGBERT (SBN 265062)
egbertd@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendant
LESLIE'S POOLMART, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO ESPARZA, an individual, | Case No. 2:11-CV-00222-WBS-GGH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** |
| LESLIE'S POOLMART, INC., a Delaware corporation doing business in California; DOES 1-10, business entity(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | Complaint Filed:  November 10, 2010<br>Trial Date:  Not Yet Set |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff ARMANDO ESPARZA and Defendant LESLIE'S POOLMART, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO STIPULATED.**

Dated: May 10, 2012               DOUGLAS PHUNG, LLP


By: /s/ *Angie Phung*
        Angie Phung

Attorneys for Plaintiff
ARMANDO ESPARZA


Dated: May 10, 2012               JACKSON LEWIS LLP


By:/s/ *Robert J. Schnack*
        Robert J. Schnack
        Douglas M. Egbert

Attorneys for Defendant
LESLIE'S POOLMART, INC.


**<u>ORDER</u>**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: May 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE